UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12-cv-25-RJC

| | | |
|---|---|---|
| LEVON TODD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| LEWIS SMITH, | ) | |
| | ) | |
| Respondent. | ) | |

**THIS MATTER** comes before the Court on Petitioner's Motion for an Extension of Time to File a brief in response to Respondent's Motion for Summary Judgment. (Doc. No. 9). Petitioner seeks a ninety-day extension. Also before the Court is Petitioner's Motion for State's Compliance to Rule 5 of Rules Governing Section 2254 Cases, pursuant to Rule 5(c) of the Rules Governing Section 2254 Cases. (Doc. No. 10). Petitioner seeks an Order requiring Respondent to file the following state court documents with this Court: "all pertinent documents, including but not limited to, a full complete copy of the verbatim transcript and the indictments," plus "all exhibits and documents attached to said filings; all documents and briefs, and/or motions filed in the appellate courts by the Respondent and State, and . . . opinions of the appellate court, etc." (Doc. No. 10 at 1).

For good cause shown, the Court grants Petitioner's Motion for an Extension of Time to File a brief in response to Respondent's Motion for Summary Judgment to the extent that Petitioner shall have sixty days from entry of this Order in which to file a response to Respondent's motion for summary judgment. Furthermore, the Court grants Petitioner's Motion for State's Compliance to

Rule 5 of Rules Governing Section 2254 Cases, inasmuch as Respondent shall file the documents sought by Petitioner if the documents are available and if the documents are relevant to Petitioner's § 2254 petition. Respondent shall file the documents within thirty days of entry of this Order.

**IT IS, THEREFORE, ORDERED** that:

(1) Petitioner's Motion for an Extension of Time, (Doc. No. 9), is **GRANTED**. Petitioner shall have ninety (90) days from entry of this Order in which to file a brief in response to Respondent's Motion for Summary Judgment.

(2) Petitioner's Motion for State's Compliance to Rule 5 of Rules Governing Section 2254 Cases, (Doc. No. 10), is **GRANTED**, inasmuch as Respondent shall file the documents sought by Petitioner to the extent that the documents are available and to the extent that the documents are relevant to Petitioner's 2254 petition. Respondent shall file the documents within thirty (30) days of entry of this Order.

Signed: October 16, 2012

Robert J. Conrad, Jr.
Chief United States District Judge