# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| LEVON TODD, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:12-cv-00025-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| LEWIS SMITH | ) | |
| Admin. | ) | |
| Albemarle Correctional Inst., | | |
| Respondent. | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 14, 2013 Order.

January 14, 2013

Frank G. Johns, Clerk
United States District Court